AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

United States of America )
v. )
)   Case No. **14-8460-JMH**
HARRY LOY ANDERSON, III. )
)
)
)

*Defendant(s)*

FILED by ___ D.C.

AUG 1 0 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____08/09/2015_____ in the county of _____PALM BEACH_____ in the
_____SOUTHERN_____ District of _____FLORIDA_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Secs. 952, 960(b)(3) | Importation, and Attempted Importation, of a Controlled Substance |
| 21 USC Secs. 955, 960(b)(3) | Possession of a Controlled Substance on Board an Aircraft Arriving in the United States |
| 18 USC Sec. 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua J. Woodbury, Special Agent, HSI
*Printed name and title*

*I find probable cause. JMH*

Sworn to before me and signed in my presence.

Date: _____08/10/2015_____

*Judge's signature*

City and state: _____West Palm Beach, Florida_____

Hon. James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Your affiant, Joshua J. Woodbury, first being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed for the past eight years. Prior to HSI, I was employed as a United States Customs Inspector and Customs and Border Protection Officer for seven years. I received my Bachelors of Science degree in Criminal Justice from Westfield State College in May of 2000. As an employee with the United States Treasury and Department of Homeland Security, I have received training in, and enforce Federal Laws to include those offenses described in Title 8, Title 18, and Title 21 of the United States Code.

2. The facts set forth in this affidavit are based in part on my personal knowledge, information obtained throughout this investigation by others, including other law enforcement officers, my review of documents and records related to this investigation, and information gained from my training and experience. I am familiar with the facts and circumstances of this investigation. This affidavit does not purport to contain all the information known to me about this case but addresses only that information necessary to support a finding of probable cause to charge HARRY LOY ANDERSON, III, (ANDERSON) for Possession of a Schedule I Controlled Substance On Board an Aircraft Arriving in the United States, and Importation, and Attempted Importation of a Schedule I Controlled Substance, to wit, Psilocybin mushrooms, in violation of Title 21, United States Code Sections, 952(a), 955, and 960(b)(3).

3. On August 9, 2015, HARRY LOY ANDERSON, III, a licensed pilot, entered into the United States Customs and Border Protection Private Aircraft facility at Palm Beach International Airport after piloting a private aircraft to West Palm Beach, Palm Beach County,

Southern District of Florida, United States of America, from North Eluthra, Bahamas. Prior to submitting himself for inspection, ANDERSON completed, signed and submitted Customs and Border Protection Form 6059B, commonly known as a "Customs Declaration," indicating that he had nothing to declare or enter back into the United States.

4.      During questioning by a Customs and Border Protection Officer (CBPO), in the course of presenting himself for entry into the United States, ANDERSON was asked if all the luggage he presented for inspection was his, to which he answered in the affirmative. ANDERSON was also asked if he had any alcohol or tobacco which he was bringing back into the United States to which ANDERSON responded in the negative. A search of a tan in color leather bag by a CBPO revealed three packages of cigarettes located in the tan bag. Two of the packages contained cigarettes. The third package of Parliament cigarettes, however, contained a silver metallic lining containing what appeared to be Psilocybin Mushrooms (a Schedule I Controlled Substance). When asked about the mushrooms, the CBPO observed ANDERSON become very nervous, and state that those were not his; that he did not smoke or drink. ANDERSON affirmed that the tan leather bag belonged to him. ANDERSON was then asked if he was carrying the narcotics for anyone else to which he answered in the negative. A field test of the mushrooms was positive for the presence of a controlled substance.

5.      Shortly thereafter, Homeland Security Investigation (HSI) Special Agents, including your affiant, responded to the airport, advised ANDERSON of his *Miranda* warnings, and attempted to interview ANDERSON, at which time ANDERSON invoked his rights and was unwilling to talk with agents.

6.      WHEREFORE, on the basis of the foregoing, your affiant respectfully submits that probable cause exists to charge HARRY LOY ANDERSON, III, with Possession of a

2

Controlled Substance On Board an Aircraft Arriving in the United States, and Importation, and Attempted Importation, of a Schedule I Controlled Substance, to wit, Psilocybin mushrooms, in violation of Title 21, United States Code Sections, 952(a), 955, and 960(b)(3).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____

JOSHUA WOODBURY, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 10TH DAY OF AUGUST, 2015, AT
WEST PALM BEACH, FLORIDA.

_____

HON. JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 14-8460-JMH

### BOND RECOMMENDATION

DEFENDANT: HARRY LOY ANDERSON, III

$250,000 Personal Surety Bond (Collateralized)

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   JOHN C. McMILLAN

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   HSI SA Joshua J. Woodbury

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   HARRY LOY ANDERSON, III.

Case No.:   14-8460-JMH

### Count # 1
Importation/Attempted Importation of a Schedule I Controlled Substance
Title 21, United States Code, Sections 952(a), 960(b)(3)

**Max. Penalty**: 0-20 years' imprisonment; $1,000,000 fine; 3 years to life term of supervised release: and, a $100.00 special assessment; Immigration consequence of removal (deportation from the United States) if not a U.S. Citizen.

### Count # 2
Possession of a Controlled Substance On Board an Aircraft Arriving in the United States
Title 21, United States Code, Sections 955, 960(b)(3)

**Max. Penalty**: 0-20 years' imprisonment; $1,000,000 fine; 3 years to life term of supervised release: and, a $100.00 special assessment; Immigration consequence of removal (deportation from the United States) if not a U.S. Citizen.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Case No. _14-8460-JMH_

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HARRY LOY ANDERSON, III.,

        Defendant.

_____/

### CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the United States Attorney's Northern Region   prior to October 14, 2003?   _____ Yes   __X__

2.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

Respectfully submitted,

WILFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____

JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:   (561) 820-8711
FAX:   (561) 820-8777
John.mcmillan@usdoj.gov